[No. 13695-3-II. Division Two. March 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. NAOMI MORLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 89-1-00034-1, Ted Kolbaba, J., entered February 1, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 13463-2-II. Division Two. March 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 89-1-00274-1, Don L. McCulloch, J., entered December 11, 1989. *Vacated* and *remanded* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Morgan, JJ.

[No. 25991-1-I. Division One. March 16, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ARAL E. ROSENFELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-07846-6, J. Kathleen Learned, J., entered March 27, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Kennedy and Agid, JJ.